THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| QUINTE HARRIS, an individual, | Case No. 2:22-cv-00555-RSM |
| Plaintiff, | |
| v. | STIPULATION AND ORDER REGARDING DEADLINE TO RESPOND TO COMPLAINT |
| SKANSKA, BALFOUR BEATTY JV, MICROSOFT CORPORATION, and BALFOUR BEATTY CONSTRUCTION, corporations | |
| Defendants. | |

IT IS HEREBY STIPULATED and AGREED by and between Plaintiff Quinte Harris ("Harris") and Defendants Skanska USA Building Inc. and Balfour Beatty Construction, LLC (the "Construction Defendants") and Defendant Microsoft Corporation ("Microsoft") pursuant to Federal Rule of Civil Procedure 6(b) and LCR 7(d)(1) that:

1. Defendants' time to respond to the Complaint filed on or about April 25, 2022, and served on Defendants on or about June 30, 2022 ("Complaint") is extended from July 21, 2022 to August 16, 2022.

2. Good cause exists for the agreed extension because Plaintiff is considering whether to amend the Complaint, and extending the deadline for Defendants to respond to the Complaint will serve the cause of efficiency by providing Plaintiff with the opportunity

STIPULATION AND ORDER TO EXTEND DEADLINE TO
RESPOND TO COMPLAINT - 1
Case No. 2:22-CV-00555

**BRADLEY BERNSTEIN SANDS LLP**
113 CHERRY ST. PMB 62056
SEATTLE, WA 98104-2205
206.337.6551

to consider whether to amend his Complaint, and avoiding the need for Defendants to respond to a Complaint that may be mooted by Plaintiff's filing of an amended complaint.

3. The Court previously issued an Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement on May 13, 2022 [Dkt. 4] ("Initial Scheduling Order"), but the deadlines in the Initial Scheduling Order passed before Defendants were served with the Complaint. The parties respectfully request that the Court issue a revised Initial Scheduling Order now that Defendants have been served.

4. No other dates have yet been set in the case, and the requested extension will not affect the dates in the Initial Scheduling Order, or any revised Initial Scheduling Order issued by the Court.

DATE: July 20, 2022.

BRADLEY BERNSTEIN SANDS LLP

By s/ Heidi B. Bradley
Heidi B. Bradley, WSBA No. 35759
hbradley@bradleybernsteinllp.com
113 Cherry St. PMB 62056
Seattle, WA 98104-2205
Telephone: 206.337.6551

*Attorneys for Defendant Microsoft Corporation*

LITTLER MENDELSON, P.C.

By s/ Thomas P. Holt
Thomas P. Holt, WSBA #39722
Breanne F. Lynch, WSBA #55242
tholt@littler.com
blynch@littler.com
One Union Square

STIPULATION AND ORDER TO EXTEND DEADLINE TO
RESPOND TO COMPLAINT - 2
Case No. 2:22-CV-00555

BRADLEY BERNSTEIN SANDS LLP
113 CHERRY ST. PMB 62056
SEATTLE, WA  98104-2205
206.337.6551

600 University Street, Suite 3200
Seattle, WA 98101.3122
Phone: 206.623.3300

*Attorneys for Defendants Skanska USA Building Inc. and Balfour Beatty Construction, LLC*

PACIFIC PROPERTY LAW LLC


By *s/Caroline Janzen*
   John Cochran, WSBA #38909
   johnpplllc@gmail.com
   1367 North Falcon Drive
   Ridgefield, WA 98642
   Tel: (360) 601-8157

JANZEN LEGAL SERVICES LLC

   Caroline Janzen, *pro hac vice* pending
   caroline@ruggedlaw.com
   4550 SW Hall Blvd.
   Beaverton, OR 97005
   Tel: (503) 520-9900

*Attorneys for Plaintiff Quinte Harris*

STIPULATION AND ORDER TO EXTEND DEADLINE TO
RESPOND TO COMPLAINT - 3
Case No. 2:22-CV-00555

**BRADLEY BERNSTEIN SANDS LLP**
113 CHERRY ST. PMB 62056
SEATTLE, WA  98104-2205
206.337.6551

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Defendants should answer or otherwise respond to Plaintiff's Complaint on or before August 16, 2022.

The Court will enter a revised Initial Scheduling Order.

DATED this 21st day of July, 2022.

    _____
    RICARDO S. MARTINEZ
    CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO EXTEND DEADLINE TO
RESPOND TO COMPLAINT - 4
Case No. 2:22-CV-00555

BRADLEY BERNSTEIN SANDS LLP
113 CHERRY ST. PMB 62056
SEATTLE, WA  98104-2205
206.337.6551

CERTIFICATE OF SERVICE

I am a resident of the State of Washington, over the age of eighteen years, and not a party to above-entitled action. My business address is 113 Cherry St. PMB 62056, Seattle, WA 98104-2205.

I hereby certify, under penalty of perjury under the laws of the State of Washington, that on the 20th day of July, 2022, I filed the foregoing document with the Clerk of the Court via the CM/ECF system, which will give notice of such filing to the following:

**Attorneys for Plaintiff**
John Cochran, WSBA #38909
PACIFIC PROPERTY LAW LLC
1367 North Falcon Drive
Ridgefield, WA 98642
Tel: (360) 601-8157
johnpplllc@gmail.com

Caroline Janzen, *pro hac vice* pending
JANZEN LEGAL SERVICES LLC
4550 SW Hall Blvd.
Beaverton, OR 97005
Tel: (503) 520-9900
caroline@ruggedlaw.com

**Attorneys for Skanska and Balfour Beatty Defendants**
Thomas P. Holt, WSBA #39722
Breanne F. Lynch, WSBA #55242
LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
Phone: 206.623.3300
tholt@littler.com
blynch@littler.com

Executed on the 20th day of July, 2022, at Seattle, Washington.

*/s/Heidi B. Bradley*
Heidi B. Bradley

STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT - 5
Case No. 2:22-CV-00555

BRADLEY BERNSTEIN SANDS LLP
113 CHERRY ST. PMB 62056
SEATTLE, WA 98104-2205
206.337.6551