THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| QUINTE HARRIS, an individual, | Case No. 2:22-cv-00555-RSM |
| Plaintiff, | STIPULATION AND ORDER REGARDING DEADLINE TO RESPOND TO COMPLAINT |
| v. | |
| SKANSKA, BALFOUR BEATTY JV, MICROSOFT CORPORATION, and BALFOUR BEATTY CONSTRUCTION, corporations | |
| Defendants. | |

IT IS HEREBY STIPULATED and AGREED by and between Plaintiff Quinte Harris ("Harris") and Defendants Skanska USA Building Inc. and Balfour Beatty Construction, LLC (the "Construction Defendants") and Defendant Microsoft Corporation ("Microsoft") pursuant to Federal Rule of Civil Procedure 6(b) and LCR 7(d)(1) that:

1. Defendants' time to respond to the Complaint filed on or about April 25, 2022, and served on Defendants on or about June 30, 2022 ("Complaint") was extended by prior stipulation from July 21, 2022 to August 16, 2022.

2. Defendants' time to respond to the Complaint is now extended to September 6, 2022.

3. Good cause exists for the agreed extension because Plaintiff requested additional time to consider possible amendments to the Complaint, and extending the deadline for

STIPULATION TO EXTEND DEADLINE TO
RESPOND TO COMPLAINT - 1
Case No. 2:22-CV-00555

Defendants to respond to the Complaint will serve the cause of efficiency by providing Plaintiff with the opportunity to consider whether to amend his Complaint, and avoiding the need for Defendants to respond to a Complaint that may be mooted by Plaintiff's filing of an amended complaint.

4. The Court issued a Revised Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement on July 21, 2022 [Dkt. 16] ("Revised Scheduling Order"), but parties respectfully request that the Court issue an additional revised Initial Scheduling Order further extending the deadlines in line with the new deadline to respond to the Complaint, as follows:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | 9/22/22 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | 9/29/22 |
| Combined Joint Status Report and Discovery Plan<br>As required by FRCP 26(f) and Local Civil Rule 26(f) | 10/6/22 |

5. Aside from the Revised Scheduling Order addressed in paragraph 4, no other dates have yet been set in the case.

DATE: August 8, 2022.

BRADLEY BERNSTEIN SANDS LLP

By *s/ Heidi B. Bradley*
Heidi B. Bradley, WSBA No. 35759
hbradley@bradleybernsteinllp.com
113 Cherry St. PMB 62056
Seattle, WA 98104-2205
Telephone: 206.337.6551

*Attorneys for Defendant Microsoft Corporation*

LITTLER MENDELSON, P.C.

STIPULATION TO EXTEND DEADLINE TO
RESPOND TO COMPLAINT - 2
Case No. 2:22-CV-00555

By *s/ Thomas P. Holt*

    Thomas P. Holt, WSBA #39722
    Breanne F. Lynch, WSBA #55242
    tholt@littler.com
    blynch@littler.com
    One Union Square
    600 University Street, Suite 3200
    Seattle, WA 98101.3122
    Phone: 206.623.3300

*Attorneys for Defendants Skanska USA Building*
*Inc. and Balfour Beatty Construction, LLC*

PACIFIC PROPERTY LAW LLC

By *s/ Caroline Janzen*

    John Cochran, WSBA #38909
    johnpplllc@gmail.com
    1367 North Falcon Drive
    Ridgefield, WA 98642
    Tel: (360) 601-8157

JANZEN LEGAL SERVICES LLC

    Caroline Janzen, *pro hac vice* pending
    caroline@ruggedlaw.com
    4550 SW Hall Blvd.
    Beaverton, OR 97005
    Tel: (503) 520-9900

*Attorneys for Plaintiff Quinte Harris*

STIPULATION TO EXTEND DEADLINE TO
RESPOND TO COMPLAINT - 3
Case No. 2:22-CV-00555

**BRADLEY BERNSTEIN SANDS LLP**
113 CHERRY ST. PMB 62056
SEATTLE, WA 98104-2205
206.337.6551

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Defendants should answer or otherwise respond to Plaintiff's Complaint on or before

September 6, 2022.

The Court will enter a revised Initial Scheduling Order.

DATED this 10th day of August, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION TO EXTEND DEADLINE TO
RESPOND TO COMPLAINT - 4
Case No. 2:22-CV-00555

1

<u>CERTIFICATE OF SERVICE</u>

2

I am a resident of the State of Washington, over the age of eighteen years, and not a party

3

to above-entitled action. My business address is 113 Cherry St. PMB 62056, Seattle, WA 98104-

4

2205.

5

I hereby certify, under penalty of perjury under the laws of the State of Washington, that

6

on the 8th day of August, 2022, I filed the foregoing document with the Clerk of the Court via

7

the CM/ECF system, which will give notice of such filing to the following:

8

**Attorneys for Plaintiff**

9

John Cochran, WSBA #38909
PACIFIC PROPERTY LAW LLC

10

1367 North Falcon Drive
Ridgefield, WA 98642

11

Tel: (360) 601-8157
johnppllc@gmail.com

12

13

Caroline Janzen, *pro hac vice* pending
JANZEN LEGAL SERVICES LLC

14

4550 SW Hall Blvd.
Beaverton, OR 97005

15

Tel: (503) 520-9900
caroline@ruggedlaw.com

16

17

**Attorneys for Skanska and Balfour Beatty Defendants**
Thomas P. Holt, WSBA #39722

18

Breanne F. Lynch, WSBA #55242
LITTLER MENDELSON, P.C.

19

One Union Square
600 University Street, Suite 3200

20

Seattle, WA 98101.3122
Phone: 206.623.3300

21

tholt@littler.com

22

blynch@littler.com

23

Executed on the 8th day of August, 2022, at Seattle, Washington.

24

25

*/s/ Heidi B. Bradley*
Heidi B. Bradley

26

27

STIPULATION TO EXTEND DEADLINE TO
RESPOND TO COMPLAINT - 5
Case No. 2:22-CV-00555