THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| QUINTE HARRIS, an individual, <br><br> Plaintiff, <br><br> v. <br><br> SKANSKA, BALFOUR BEATTY JV, MICROSOFT CORPORATION, and BALFOUR BEATTY CONSTRUCTION, corporations <br><br> Defendants. | Case No. 2:22-cv-00555-RSM <br><br> STIPULATION AND ORDER REGARDING BRIEFING DEADLINES FOR DEFENDANT MICROSOFT CORPORATION'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM |

IT IS HEREBY STIPULATED and AGREED by and between Plaintiff Quinte Harris and Defendant Microsoft Corporation pursuant to Federal Rule of Civil Procedure 6(b) and LCR 7(d)(1) that:

1. The deadline to respond to the Defendant's Motion to Dismiss for Failure to State a Claim [Doc. 23] filed on or about September 6, 2022 is extended by stipulation from September 20, 2022 to September 27, 2022.  Defendant Microsoft Corporation's reply deadline is extended by stipulation from September 27, 2022 to October 11, 2022.

2. Good cause exists for the agreed extension because Plaintiff requested additional time to respond to Defendant's Motion, and extending the deadlines will serve the cause of efficiency by providing both parties time to provide comprehensive pleadings to the

STIPULATION TO EXTEND DEADLINE TO
RESPOND TO MOTION TO DISMISS - 1
Case No. 2:22-CV-00555

Janzen Legal Services, LLC
**Rugged Law**
4550 SW Hall Blvd.
Beaverton, Oregon 97005
OFFICE: 503-520-9900

assist the Court in its consideration of the Defendant's Motion.

DATE: September 23, 2022.

               JANZEN LEGAL SERVICES, LLC

            By *s/ Caroline Janzen*
              Caroline Janzen
              caroline@ruggedlaw.com
              4550 SW Hall Blvd.
              Beaverton, OR 97005
              Tel: (503) 520-9900

            PACIFIC PROPERTY LAW LLC

              John Cochran, WSBA #38909
              johnpplllc@gmail.com
              1367 North Falcon Drive
              Ridgefield, WA 98642
              Tel: (360) 601-8157

            *Attorneys for Plaintiff Quinte Harris*

            BRADLEY BERNSTEIN SANDS LLP

              Heidi B. Bradley, WSBA No. 35759
              hbradley@bradleybernsteinllp.com
              113 Cherry St. PMB 62056
              Seattle, WA 98104-2205
              Telephone: 206.337.6551

            *Attorneys for Defendant Microsoft Corporation*

STIPULATION TO EXTEND DEADLINE TO
RESPOND TO MOTION TO DISMISS - 2
Case No. 2:22-CV-00555

**Janzen Legal Services, LLC**
**Rugged Law**
4550 SW Hall Blvd.
Beaverton, Oregon 97005
OFFICE: 503-520-9900

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

The deadline to respond to Defendant Microsoft Corporation's Motion to Dismiss for Failure to State a Claim is extended to September 27, 2022 and Defendant Microsoft Corporation should file its reply by October 11, 2022.

DATED this 26th day of September, 2022.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATION TO EXTEND DEADLINE TO
RESPOND TO MOTION TO DISMISS - 3
Case No. 2:22-CV-00555

**Janzen Legal Services, LLC**
**Rugged Law**
4550 SW Hall Blvd.
Beaverton, Oregon 97005
OFFICE: 503-520-9900

CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury under the laws of the State of Washington, that on the 23rd day of September, 2022, I filed the foregoing document with the Clerk of the Court via the CM/ECF system, which will give notice of such filing to all parties in this matter.

Executed on the 23rd day of September, 2022, in Beaverton, Oregon.

/s/ Caroline Janzen
Caroline Janzen

STIPULATION TO EXTEND DEADLINE TO
RESPOND TO MOTION TO DISMISS - 4
Case No. 2:22-CV-00555

**Janzen Legal Services, LLC**
**Rugged Law**
4550 SW Hall Blvd.
Beaverton, Oregon 97005
OFFICE: 503-520-9900