The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| QUINTE HARRIS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SKANSKA USA BUILDING INC., SKANSKA BALFOUR BEATTY JV, MICROSOFT CORPORATION, and BALFOUR BEATTY CONSTRUCTION LLC, corporations,<br><br>Defendants. | Case No. 2:22-cv-00555RSM<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND PRETRIAL DEADLINES**<br><br>NOTED FOR CONSIDERATION:<br>September 29, 2022 |

THIS MATTER, having come before the undersigned judge of the above-entitled Court based on the foregoing stipulated motion, IT IS HEREBY ORDERED that the following pretrial deadlines in this matter are hereby EXTENDED as follows:

| Event | Current Date | New Date |
|---|---|---|
| Deadline for FRCP 26(f) Conference | 9/22/2022 | 14 days after Court's ruling on ECF No. 23 |
| Initial Disclosures Pursuant FRCP 26(a)(1) due | 9/29/2022 | 21 days after Court's ruling on ECF No. 23 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) due | 10/6/2022 | 28 days after Court's ruling on ECF No. 23 |

//

//

ORDER GRANTING STIP MOTION
TO EXTEND PRETRIAL DEADLINES - 1

LITTLER MENDELSON, P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300

DATED this 3rd day of October, 2022.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

*Presented by:*

/s/Thomas P. Holt
Thomas P. Holt, WSBA # 39722
tholt@littler.com
Breanne F. Lynch, WSBA # 55242
blynch@littler.com
Jacqueline E. Kalk, *pro hac vice*
jkalk@littler.com
LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
Phone: 206.623.3300
Fax:    206.447.6965

ORDER GRANTING STIP MOTION
TO EXTEND PRETRIAL DEADLINES - 2

LITTLER MENDELSON, P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300

# CERTIFICATE OF SERVICE

I am a resident of the State of Washington, over the age of eighteen years, and not a party to the within action. My business address is One Union Square, 600 University Street, Ste. 3200, Seattle, WA 98101. On September 29, 2022, I filed the foregoing document with the Clerk of the Court via the CM/ECF system, which will give notice of such filing to the following:

| **Attorneys for Plaintiff** | **Attorneys for Defendant Microsoft Corp.** |
|---|---|
| John Cochran, WSBA #38909<br>PACIFIC PROPERTY LAW LLC<br>1367 North Falcon Drive<br>Ridgefield, WA 98642<br>Tel: (360) 601-8157<br>johnpplllc@gmail.com<br><br>Caroline Janzen, *pro hac vice*<br>JANZEN LEGAL SERVICES LLC<br>4550 SW Hall Blvd.<br>Beaverton, OR 97005<br>Tel: (503) 520-9900<br>caroline@ruggedlaw.com | Heidi B. Bradley, WSBA #35759<br>Bradley Bernstein Sands LLP<br>113 Cherry St. PMB 62056<br>Seattle, WA 98104-2205<br>Tel: 206-337-6551<br>hbradley@bradleybernsteinllp.com |

I declare under the penalty of perjury under the laws of the State of Washington that the above is true and correct.

Executed on September 29, 2022, at Seattle, Washington.

/s Karen Fiumano Yun
Karen Fiumano Yun
kfiumano@littler.com
**LITTLER MENDELSON, P.C.**

4895-7939-9988.1 / 115260-1001

ORDER GRANTING STIP MOTION
TO EXTEND PRETRIAL DEADLINES - 3

LITTLER MENDELSON, P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300