THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| QUINTE HARRIS, an individual,<br><br>       Plaintiff,<br><br> v.<br><br>SKANSKA, BALFOUR BEATTY JV, MICROSOFT CORPORATION, and BALFOUR BEATTY CONSTRUCTION, corporations<br>       Defendants. | Case No. 2:22-cv-00555-RSM<br><br>ORDER ON STIPULATED MOTION REGARDING TRIAL DATE AND CASE DEADLINES ESTABLISED IN THE COURT'S SCHEDULING ORDER [DOC. 52] |

## ORDER

Pursuant to the parties' stipulation, the Court finds good cause to modify its scheduling order. IT IS SO ORDERED that the Scheduling Order [Doc. 47] is hereby modified in the following ways:

 1. Plaintiff is ordered to sit for deposition on November 10, 2023 beginning at 9:00am and continuing until completed in accordance with the Federal Rules of Civil Procedure.

 2. All dispositive motions must be filed by December 18, 2023 and noted on the motion calendar no later than the fourth Friday thereafter.

 3. Mediation per LCR 39.1(c)(3), if requested by the parties, held no later than February 9, 2024.

 4. Trial will begin on March 18, 2024, or the soonest practicable date thereafter, with the

associated trial deadlines being established based on this new date.

DATED this 14th day of September, 2023.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE