UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

QUINTE HARRIS, an individual,

    Plaintiff,

v.

SKANSKA USA BUILDING INC.,
SKANSKA BALFOUR BEATTY JV,
MICROSOFT CORPORATION, and
BALFOUR BEATTY CONSTRUCTION
LLC, corporations,

    Defendants.

Case No. 2:22-cv-00555-RSM

**ORDER GRANTING DEFENDANTS' MOTION TO COMPEL DISCOVERY**

NOTE ON MOTION CALENDAR:
September 1, 2023

    This matter comes before the Court on Defendants Skanska USA Building, Inc.'s and Balfour Beatty Construction LLC's Motion to Compel Discovery. Having considered Defendants' Motion and supporting documents, Plaintiff's lack of Opposition to Defendants' Motion, and Defendants' Reply and any supporting documents, it is hereby ORDERED that Defendants' Motion is GRANTED as follows:

1) Plaintiff is ORDERED to serve full and complete responses to Defendants' First Set of Discovery Requests within FOURTEEN (14) days of the entry of this order.

2) Reasonable fees and costs are warranted under Fed. R. Civ. P. 37(a)(5)(A). If the parties cannot agree on the issue, Defendants are DIRECTED to file a motion setting forth the amount of fees and costs with supporting evidence prior to the conclusion of this matter.

IT IS SO ORDERED.

DATED this 6th day of October, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 1