UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| QUINTE HARRIS, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>SKANSKA USA BUILDING INC., SKANSKA BALFOUR BEATTY JV, MICROSOFT CORPORATION, and BALFOUR BEATTY CONSTRUCTION LLC, corporations,<br><br>    Defendants. | Case No. C22-555RSM<br><br>ORDER GRANTING STIPULATED MOTION RE: TRIAL DATE |

    This matter comes before the Court on the parties' stipulated Motion regarding the trial date, Dkt. #67. The Court finds good cause to modify its scheduling order. It is hereby ORDERED: all dispositive motions must be filed by February 9, 2024; mediation per LCR 39.1(c)(3), if requested by the parties, is to be held no later than April 12, 2024; and trial will begin on June 10, 2024. The remaining pretrial deadlines will be issued in an amended scheduling order based on the new trial date.

    DATED this 2nd day of January, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION RE: TRIAL DATE - 1