UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

QUINTE HARRIS, an individual,

    Plaintiff,

  v.

SKANSKA USA BUILDING INC., SKANSKA BALFOUR BEATTY JV, MICROSOFT CORPORATION, and BALFOUR BEATTY CONSTRUCTION LLC, corporations,

    Defendants.

Case No. 2:22-cv-00555-RSM

**ORDER GRANTING DEFENDANTS' MOTION FOR REIMBURSEMENT OF THEIR REASONABLE ATTORNEYS' FEES, COSTS, AND EXPENSES**

    This matter having come before the Court on Defendants Skanska USA Building, Inc.'s and Balfour Beatty Construction LLC's Motion for Reimbursement of Their Reasonable Attorneys' Fees, Costs, and Expenses ("Motion") and the Court having considered Defendants' Motion and supporting documents, Plaintiff's failure to file an opposition, and Defendants' Reply and any supporting documents, it is hereby ORDERED as follows:

    Based on the foregoing, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendants' Motion is hereby GRANTED.

    IT IS FURTHER ORDERED that Plaintiff's counsel shall pay Defendants their reasonable attorneys' fees and costs incurred in preparing the Motion for Sanctions, attending the telephonic hearing on November 17, 2023, and for preparing for and taking the second deposition of Plaintiff in the amount of $13,072.71. This payment shall be made within thirty (30) days of this Order.

    DATED this 6th day of March, 2024.

                                    RICARDO S. MARTINEZ
                                    UNITED STATES DISTRICT JUDGE

ORDER GRANTING DEFENDANTS' MOTION
FOR REIMBURSEMENT OF ATTORNEYS' FEES, COSTS, AND EXPENSES- 1